## DECEMBER 6, 1989

No. A–433.   DELUNA *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

## DECEMBER 11, 1989

No. — – ——.   HUMPHREY *v.* BATES ET AL.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE BLACKMUN dissents and would grant the motion.

No. D–806.   IN RE DISBARMENT OF BIAGGI.   Disbarment entered.   [For earlier order herein, see 492 U. S. 941.]

No. D–809.   IN RE DISBARMENT OF EHRLICH.   Disbarment entered.   [For earlier order herein, see 492 U. S. 941.]

No. D–810.   IN RE DISBARMENT OF SIMON.   Disbarment entered.   [For earlier order herein, see 492 U. S. 941.]